# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2008

Clifford W. Taylor,
Chief Justice

135946

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CHRISTOPHER CALDWELL,
      Plaintiff-Appellee,

v

                                        SC: 135946
                                        COA: 280386
                                        Wayne CC: 06-627130-CZ

WASTE MANAGEMENT OF MICHIGAN, INC.,
d/b/a WASTE MANAGEMENT,
         Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 14, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2008

s0625

_____
                               Clerk